UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JAMES NICHOLAS KORZIK and JAMES M. KORZIK,

                Petitioners,          22 **CIVIL** 201 (JW)

     -against-                **JUDGMENT**

RAPHAEL BENABOU, DONNA BENABOU and AMERIPRISE FINANCIAL SERVICES, INC.,

                Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 24, 2022, the Arbitration Award issued in FINRA Dispute Resolution No. 18-04341, dated November 21, 2021, in favor of the petitioners, made by FINRA Arbitrator Francis Carling is CONFIRMED. FINRA shall execute the Arbitrator's expungement directive removing all references to Occurrence Numbers 2016199 and 2016201 from registration records maintained by the Central Registration Depository for Robert Korzik (CRD Number 1013350) and James Korzik (CRD Number 5137395).

**Dated**: New York, New York
         October 24, 2022

                              **RUBY J. KRAJICK**
                              **Clerk of Court**
      **BY:**     *K. Mango*
                              **Deputy Clerk**